# CHAPTER 13 PLAN

Case No.: **10-84842**

Debtor(s): **Shannon G. Watts**  SS#: **xxx-xx-9170**  Net Monthly Earnings: **560.00**

SS#:  Number of Dependents: **4**

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **BAE Systems** for $ **560.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **33,600.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; **$0.00** paid pre-petition; $ **2,750.00** to be paid at confirmation and $ **0.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **21st Mortgage Corporation** | $17,000.00 | ☐ by Trustee ☒ by Debtor $0.00 | | $0.00 | | 0.00% | $0.00 |
| **Bank of America Home Loans** | $104,469.00 | ☐ by Trustee ☒ by Debtor $1,289.00 | January, 2011 | $8,408.00 | 6 mos | 7.625% | $197.89 |
| **Redstone Federal Credit Union** | $17,953.00 | ☐ by Trustee ☒ by Debtor $266.00 | January, 2011 | $1,707.00 | 6 mos | 3.25% | $35.74 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Redstone Federal Credit Union** | $130.00 | $13,000.00 | $12,000.00 | $1,000.00 | 2006 Chevy Trail Blazer | 5.50% | $266.74 | Month 7 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **7** %.
   ☒ Other Provisions: ADEQUATE PROTECTION PAYMENTS TO BE PAID BY TRUSTEE AT AMOUNTS SPECIFIED BY PLAN
   **Special Intentions:**
   **Southeast Toyota Finance: Debtor is surrendering his interest in the Property to Co-Signer who will continue making the payments direct to the Creditor.**

Attorney for Debtor Name/Address/Telephone #  Date **December 2, 2010**  /s/ **Shannon G. Watts**
**John Zingarelli ASB-6695-L69J**  **Shannon G. Watts**
**PO Box 2145**  Signature of Debtor
**Decatur, AL 35602**

Telephone # **(256) 350-1264**

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com  Best Case Bankruptcy